1   JOSHUA E. KIRSCH (179110)
2   GIBSON ROBB & LINDH LLP
    201 Mission Street, Suite 2700
3   San Francisco, California 94105
    Telephone: (415) 348-6000
    Facsimile: (415) 348-6001
4   Email:    jkirsch@gibsonrobb.com

5   Attorneys for Plaintiff
    XL SPECIALTY INSURANCE
6   COMPANY

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  XL SPECIALTY INSURANCE          )  Case No. CV14-0427 CAS-ASx
    COMPANY, a Delaware corporation, )
12                                   )  COMPLAINT FOR DAMAGE TO
         Plaintiff,                  )  OCEAN CARGO
13                                   )
                                     )
14       v.                          )
                                     )
15  A.P. MOLLER-MAERSK A/S,          )  BY FAX
16  trading as MAERSK LINE, a foreign )
    corporation; MAERSK LINE,        )
17  LIMITED, a corporation; and      )
    MAERSK INC., a corporation,      )
18                                   )
         Defendants.                 )
19                                   )

20       Plaintiff's complaint follows:

21       1.    Plaintiff XL SPECIALTY INSURANCE COMPANY ("XL"), is now,

22  and at all times herein material was, a Delaware corporation duly organized and

23  existing by virtue of law, and was the insurer of the cargo that is the subject of this

24  action.

25       2.    Plaintiff is informed and believes and on the basis of that information

26  and belief alleges that A.P. MOLLER-MAERSK A/S, trading as MAERSK LINE,

27  a foreign corporation; MAERSK LINE, LIMITED, a corporation; and MAERSK

28  INC., a corporation (collectively "MAERSK"), are now and at all times herein

Complaint
Our File No. 5475.49

1 | material were engaged in business as a common carriers for hire within the United
2 | States and within this judicial district.

3 |      3.    Plaintiff's complaint contains a cause of action for damage to cargo
4 | arising under a statute of the United States, namely the Carriage of Goods by Sea
5 | Act, 46 U.S.C. §30701 et seq., and is therefore within the jurisdiction of this Court
6 | pursuant to 28 U.S.C. § 1331, as more fully appears herein.  Additionally, the
7 | Court has admiralty jurisdiction pursuant to 28 U.S.C. § 1333.  Venue is proper
8 | under 28 U.S.C. § 1391(b), as a substantial portion of the events giving rise to the
9 | claims herein occurred in this district, and defendants reside in this district.

10 |      4.    This is a cause of action for damage to ocean cargo, and is an
11 | admiralty and maritime claim within the meaning of Rule 9(h), Federal Rules of
12 | Civil Procedure, as hereinafter more fully appears.

13 |      5.    Plaintiffs are informed and believe and on the basis of such
14 | information and belief allege that on or about April 15, 2013, at Choluteca,
15 | Honduras, defendant MAERSK received120 containers of various melons, for
16 | carriage under bills of lading numbers 560059091, 560058093, 560058102,
17 | 560058118, 560058121, 560058122, 560058128, 560058136, 560058143,
18 | 560058148, 560058153, 560058158, 560058165, 560058171, 560058178,
19 | 560058182, 560058191, 560058225, 560058234, 560058238, 560058242,
20 | 560058248, 560058253, 560058291, 560058300, 560058314, 560058328,
21 | 560058333, 560058341, 560058346, 560058349, 560058405, 560058411,
22 | 560058587, 560058600, 560058602, 560058606, 560058607, 560058609,
23 | 560058614, 560058615, 560058619, 560058628, 560058638, 560058651,
24 | 560058653, 560058663, 560058669, 560058674, 560058688, 560058701,
25 | 560058709, 560058712, 560058716, 560058723, 560058751, 560058758,
26 | 560058772, 560058776, 560058789, 560058793, 560058812, 560058822,
27 | 560058845, 560058854, 560058860, 560058861, 560058862, 560058868,
28 | 560058881, 560058882, 560058886, 560058887, 560058889, 560058890,

560058896, 560058898, 560058899, 560058901, 560058903, 560058906,
560058907, 560058913, 560058917, 560058921, 560058925, 560058927,
560058932, 560058935, 560058938, 560058943, 560058948, 560058954,
560058958, 560058961, 560058962, 560058966, 560058968, 560058970,
560058971, 560058976, 560058979, 560058981, 560067371, 560067399,
560067476, 560067519, 560067551, 560067596, 560067623, 560067644,
865939787, 865939789, 865939791, 865939793, 865939794, 865939795,
865939796, 865939797 and 865939798, and others, issued by and/or on behalf of
said defendants, and said containers were loaded aboard the *M/V Maersk Westport*
voyage no. 1310.  MAERSK agreed, under contracts of carriage and in return for
good and valuable consideration, to carry said cargo from Choluteca, Honduras to
Los Angeles, California, and there deliver said cargo, to the lawful holder of the
aforementioned bills of lading, and others, in the same good order, condition, and
quantity as when received.

6.    Thereafter, in breach of and in violation of said agreements,
MAERSK did not deliver said cargo in the same good order, condition, and
quantity as when received at Choluteca.  To the contrary, MAERSK delivered the
cargo on or about May 10, 2013, in a damaged and deteriorated condition.
Furthermore, MAERSK delivered the cargo aboard the vessel *M/V Maersk
Nottingham*, as the *M/V Maersk Westport* had lost power while en route to Los
Angeles and could not complete the voyage.  By virtue of said damage, the value
of the cargo was depreciated in the estimated amount of $2,099,020.00, or some
other amount to be proven at trial.

7.    Prior to the shipment of the herein described cargo and prior to any
loss thereto, plaintiff XL issued its policy of insurance whereby plaintiff XL
agreed to indemnify the owner of said cargo, and its assigns, against loss of or
damage to said cargo while in transit, including mitigation expenses, and plaintiff
XL has therefore become obligated to pay, and has paid to the person entitled to

1  payment under said policy the sum of $1,000,000.00, on account of the herein

2  described loss. It is anticipated that XL will pay additional amounts pursuant to its

3  policy of insurance, as the insurance claim remains open.

4        9.     Plaintiff has therefore been damaged in the sum of not less than

5  $1,000,000, or another amount according to proof at trial, no part of which has

6  been paid, despite demand therefor.

7        WHEREFORE, plaintiff prays that this Court enter judgment in its favor

8  and against defendants; that this Court decree payment by defendants to plaintiff

9  in the sum of not less than $1,000,000, or some other amount to be proven at trial,

10  together with prejudgment interest thereon and costs of suit herein; and that

11  plaintiff have such other and further relief as in law and justice it may be entitled

12  to receive.

13  Dated: January 17, 2014          Respectfully submitted,

14                          GIBSON ROBB & LINDH LLP

15

16                          By: _____

17                          Joshua E. Kirsch
                        Attorneys for Plaintiff

18                          XL SPECIALTY INSURANCE
                        COMPANY

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____Christina A. Snyder_____ and the assigned Magistrate Judge is _____Alka Sagar_____ .

The case number on all documents filed with the Court should read as follows:

## 2:14-cv-00427 CAS-ASx

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

January 17, 2014
Date

By  SBOURGEOIS
Deputy Clerk

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

| | | |
|---|---|---|
| [x] Western Division | [ ] Southern Division | [ ] Eastern Division |
| 312 N. Spring Street, G-8 | 411 West Fourth St., Ste 1053 | 3470 Twelfth Street, Room 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701 | Riverside, CA 92501 |

**Failure to file at the proper location will result in your documents being returned to you.**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ Central _ District of_California _____

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY, a Delaware corporation, | ) ) ) |
| _____ | ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No. ~~CV14-0427CAS-AS~~ x |
| A.P. MOLLER-MAERSK A/S, trading as MAERSK LINE, a foreign corporation; MAERSK LINE LIMITED, a corporation; and MAERSK INC., a corporation, | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

| A.P. MOLLER-MAERSK A/S, trading as MAERSK LINE 2 GIRALDA FARMS MADISON AVE. MADISON, NJ 07940 | MAERSK LINE, LIMITED 2 GIRALDA FARMS MADISON AVE. MADISON, NJ 07940 | MAERSK INC. 2 GIRALDA FARMS MADISON AVE. MADISON, NJ 07940 |
|---|---|---|

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua E. Kirsch (179110)
GIBSON ROBB & LINDH LLP
201 Mission Street, Suite 2700
San Francisco, CA 94105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___JAN 1 7 2014___                            _____
                                                    *Signature of Clerk or Deputy Clerk*

1184

AO-440

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

XL SPECIALTY INSURANCE COMPANY, a Delaware corporation,

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

A.P. MOLLER-MAERSK A/S, trading as MAERSK LINE, a foreign corporation; MAERSK LINE, LIMITED, a corporation; and MAERSK INC., a corporation,

**(b)** County of Residence of First Listed Plaintiff   New Castle
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   _____
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c)** Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

JOSHUA E. KIRSCH (179110)
GIBSON ROBB & LINDH LLP
201 Mission Street, Suite 2700
San Francisco, CA 94105

Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☐ 2. U.S. Government Defendant

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes  ☒ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes  ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ 1,000,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

46 USC § 30701

BY FAX

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☒ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | ☐ 230 Rent Lease & Ejectment | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**   Case Number: _____

CV14-0427

CV-71 (11/13)   CIVIL COVER SHEET   Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes ☒ No | ☐ Los Angeles | Western |
| If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| Question B: Is the United States, or one of its agencies or employees, a party to this action? | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| ☐ Yes ☒ No | A PLAINTIFF? Then check the box below for the county in which the majority of DEFENDANTS reside. | A DEFENDANT? Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Los Angeles | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? (Make only one selection per row) | A. Los Angeles County | B. Ventura, Santa Barbara, or San Luis Obispo Counties | C. Orange County | D. Riverside or San Bernardino Counties | E. Outside the Central District of California | F. Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of claims arose: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| C.1. Is either of the following true? If so, check the one that applies: | C.2. Is either of the following true? If so, check the one that applies: |
|---|---|
| ☐ 2 or more answers in Column C | ☐ 2 or more answers in Column D |
| ☐ only 1 answer in Column C and no answers in Column D | ☐ only 1 answer in Column D and no answers in Column C |
| Your case will initially be assigned to the SOUTHERN DIVISION. Enter "Southern" in response to Question D, below. | Your case will initially be assigned to the EASTERN DIVISION. Enter "Eastern" in response to Question D, below. |
| If none applies, answer question C2 to the right.  ➡ | If none applies, go to the box below.  ⬇ |

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above:  ➡ | WESTERN DIVISION |

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**IX(a). IDENTICAL CASES**: Has this action been previously filed **in this court** and dismissed, remanded or closed?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES**: Have any cases been previously filed **in this court** that are related to the present case?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT)**:   DATE: January 17, 2014

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |